IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID W. WEHRS, SR., | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 11-250 Erie |
| | ) | |
| v. | ) | District Judge Sean J. McLaughlin |
| | ) | |
| ARCHIE B. LONGLEY, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM ORDER

SEAN J. McLAUGHLIN, District Judge

　　This action, filed pursuant to 28 U.S.C. § 2241, was received by the Clerk of Court on October 24, 2011, and was referred to United States Magistrate Judge Susan Paradise Baxter for a report and recommendation in accordance with 28 U.S.C. §636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges.  On February 7, 2012, the Magistrate Judge issued a Report and Recommendation [ECF No. 10] recommending that the petition be dismissed.  Objections were due by February 24, 2012.  No objections have been filed.  After de novo review of the documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 10th day of April, 2012;

IT IS HEREBY ORDERED that the petition for a writ of habeas corpus is DISMISSED. The Report and Recommendation [ECF No. 10] of Magistrate Judge Baxter, filed on February 7, 2012, is adopted as the opinion of the Court. The Clerk is directed to mark the case closed.

                                                       s/     <u>Sean J. McLaughlin</u>
                                                            Sean J. McLaughlin
                                                            United States District Judge

cc:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge